Henry Damgaard, Respondent, v. The City of New York, Defendant, and Attilio Gasperetto, Appellant.— Judgment and order reversed upon the law and the facts, and a new trial granted, costs to abide the event. In our opinion the remarks of the court concerning the liability of appellant, at folio 100, and the statements respecting appellant's trial counsel, at folios 101, 102 and 103,

as well as the statement, at folio 112, as to " that little bit of proof," were improper and highly prejudicial to the appellant. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.